Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Carolin K. Shining, SBN 201140
cshining@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL REDICK, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CHAN LUU, LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive, <br><br> Defendants. | Case No.: 2:22-cv-09017-FLA-PVC <br><br> Hon. Judge Fernando L. Aenlle-Rocha <br><br> **NOTICE OF SETTLEMENT** <br><br> Complaint Filed: December 13, 2022 <br> Trial Date: None |

1
NOTICE OF SETTLEMENT

Plaintiff Crystal Redick ("Plaintiff") hereby notifies the Court that the claims of Plaintiff have settled. A notice of dismissal with prejudice as to Plaintiff's claims and without prejudice as to the putative class will be filed upon execution of a formal settlement agreement in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: May 17, 2023

Respectfully Submitted,

*/s/ Carolin K. Shining*
Thiago M. Coelho
Carolin K. Shining
**WILSHIRE LAW FIRM**
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 17, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: May 17, 2023                      */s/ Carolin K. Shining*
                                                          Carolin K. Shining