Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Carolin K. Shining, SBN 201140
cshining@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

Corinne D. Spencer, SBN 285290
cds@4pbw.com
**PEARLMAN, BROWN & WAX, L.L.P.**
15910 Ventura Boulevard, 18th Floor
Encino, CA 91436
Telephone: (818) 501-4343

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL REDICK, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CHAN LUU, LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>　　　　　　Defendants. | CASE NO.:　　2:22-cv-09017-FLA-PVC<br><br>*Assigned to Judge Fernando L. Aenlle-Rocha*<br><br>**JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a); [PROPOSED] ORDER** |

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Crystal Redick ("Plaintiff"), and Chan Luu, LLC (hereinafter collectively, "Defendant"), stipulate and jointly request that the Court enter a dismissal with prejudice as to Plaintiff's claims and without prejudice as to the claims of the putative class. Each party shall bear his or its own costs, experts' fees, attorneys' fees, and attorneys' expenses.

Respectfully Submitted,

DATED:  May 22, 2023                **WILSHIRE LAW FIRM**

By: */s/ Carolin K. Shining*
Carolin K. Shining
*Attorneys for Plaintiff*

DATED:  May 22, 2023                **PEARLMAN, BROWN & WAX, L.L.P.**

By: */s/ Corinne D. Spencer*
Corinne D. Spencer
*Attorneys for Defendants*

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4 (a)(2)(ii), the filers of this stipulation attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: May 22, 2023              By: */s/ Carolin K. Shining*
                                      Carolin K. Shining

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a); [PROPOSED] ORDER